Viola Gopie
11 Elena Drive

Cortlandt Manor,

New York, 10567

Re: Request for postponement: Case Number 15-22241-rrd(Chapter 13)

Dear Hon. Robert D. Drain:

I have been scheduled to appear for a hearing in the above matter on May 27th, 2015. Unfortunately, I have not, to date, received any responses from all parties (creditors) that have claimed they own and or service my loan since my loan origination, while preparing to appear in court on the stipulated date and time. The parties in this case were served via certified mail on February 23, 2015, a dispute and demand letter, the content of which, is critical and pertinent to this matter, but they have deliberately refused to respond.

On April 24th 2015, upon consultation with the office of the State Attorney General, I have resubmitted a second batch of a dispute and demand letter to all parties involved in this matter, and reported the matter to the Comptroller of the Currency, the Attorney General, the Federal Trade Commission, and the office of the Special Inspector General(Please find the original court's copy, enclosed with this notice, for your records).These were sent via Priority mail on May 23rd, 2015, and will be received on May 26th, 2015.

I believe that the creditors attempt to dismiss my Chapter 13 bankruptcy filing while aggressively pursuing the foreclosure of my family home, is strategic and predatory with the intent to render my family homeless while cashing in on slander of title, egregious violations of the law, and committing fraud in its ruthless attempts.

I feel that in the absence of the requested proof and original documentation from my creditors, this case will be prejudiced. Furthermore, I would appreciate the court's approval of a motion:

*"To postpone the scheduled hearing on May 27, 2015, to allow the due investigative process of the merits and conducts of the parties, and allow the creditors the opportunity to respond to my dispute and demand letters, after which both the debtor and creditors would approach the Judge to place the case on the court's calendar for a fair hearing and or settlement."*

Respectfully, requested

Viola Gopie

Cc: Gross Polowy, LLC

    The Court Clerk

    Jeffery L. Sapir, Esq

    William K. Harrington